## JAMIE v. STATE.

No. 18123.

Court of Criminal Appeals of Texas.

March 25, 1936.

Grady L. Fox, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery with firearms; penalty assessed at confinement in the penitentiary for six years.

The indictment appears regular and properly presented. The facts heard in the trial court are not brought forward for review. No complaint of the procedure has been presented by bills of exception or otherwise.

The judgment is affirmed.

## CITY OF COMANCHE v. BRIGHTMAN et al.

No. 1263—1589.

Court of Civil Appeals of Texas. Eastland.

March 27, 1936.

See, also, 88 S.W.(2d) 741.

Y. W. Holmes, of Comanche, for appellant.

Oscar Calloway and Fred O. Jaye, both of Comanche, for appellee.

PER CURIAM.

This day came on to be heard appellant's motion to have mandate issued without payment of costs by city, and the same having been duly considered, it appearing to the court that the former order adjudicating costs of appeal in this case against the city of Comanche is void, is hereby granted and the clerk is directed to issue the mandate as prayed for. Republic Insurance Company v. Highland Park Independent School District (Tex.Civ.App.) 57 S.W.(2d) 627 (Error Refused); Grant et al. v. Ellis (Tex.Com.App.) 50 S.W.(2d) 1093; and Duclos v. Harris County (Tex.Com.App.) 298 S.W. 417.